THE CHESTER COUNTY GUARANTEE TRUST AND SAFE DEPOSIT COMPANY et al., as Executors of ANN W. ROBERTS, Deceased, Respondents, *v.* THE SECURITIES COMPANY et al., Appellants.

EDWARD D. TOLAND et al., Intervenors, Respondents.

*Chester County G. T. & S. D. Co.* v. *Securities Co.,* 165 App. Div. 329, affirmed.

(Argued October 17, 1916; decided November 3, 1916.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 18, 1915, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to recover certain consols issued by the defendant The Securities Company and held by the plaintiffs as the executors of the estate of one Ann W. Roberts, deceased,

which consols were stolen from the plaintiffs and were subsequently transferred by the defendant The Securities Company on forged indorsements, first into the name of one of the plaintiffs as an individual and later, also on forged indorsements, into the name of the defendant Equitable Securities Company in whose name they are now registered. It was adjudged that the plaintiffs were entitled to the possession of $23,000 in face amount of consols of The Securities Company, held by the Equitable Securities Company; that the Equitable Securities Company should deliver up these consols to the plaintiffs, and that they should thereupon be registered in the names of the plaintiffs by The Securities Company, and that the plaintiffs should have damages in the amount of $1,840, being interest collected on said consols by the Equitable Securities Company. The judgment also dismissed the cross-claim of the Equitable Securities Company against the intervenors for indemnity, and as modified by the Appellate Division gives the Equitable Securities Company a judgment against The Securities Company for the value of the consols directed to be surrendered to the plaintiffs. The Equitable Securities Company appeals from the judgment in favor of the plaintiffs and from the judgment dismissing its cross-claim against the intervenors, and The Securities Company appeals from the judgment against it and in favor of the Equitable Securities Company for the value of the consols.

*Carl M. Owen* and *Winthrop H. Kellogg* for appellants.

*Marion W. Wynne* and *John M. Lowrie* for plaintiffs, respondents.

*Reynolds D. Brown* and *Yorke Allen* for intervenors, respondents.

Judgment affirmed, with costs; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, CHASE, COLLIN, CUDDEBACK and POUND, JJ.; CARDOZO, J., votes for modification in accordance with the opinion of INGRAHAM, P. J., below.